UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

RICHARD M. ROSENBAUM,
et al.,

    Defendants.
_____/

HONORABLE PAUL L. MALONEY

Case No. 1:07-cr-36

## ORDER GRANTING MOTION TO ADJOURN
## FINAL PRE-TRIAL CONFERENCE AND TRIAL

This matter is before the Court on defendant Christina Flocken's Motion to Adjourn Final Pre-trial Conference and Trial (Dkt. 28). Co-Defendants Richard M. Rosenbaum and Edward Scott Cunningham have filed joinders in the motion (Dkts. #30 and #32 respectively). The government has filed a response that stating it does not oppose the motion (Dkt. #29). The Court being fully advised in the premises:

**IT IS HEREBY ORDERED** that the Motion to Adjourn Final Pre-trial Conference and Trial (Dkt. 28) is **GRANTED**. The final pretrial conference is rescheduled to **November 19, 2007 at 10:00 a.m.** Jury trial is rescheduled to **November 27, 2007 at 8:45 a.m.** The parties are advised that further requests will not be favored.

Date: September 4, 2007

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge