UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | Case No. 1:07-cr-36 |
| ) | |
| v.      ) | Honorable Paul L. Maloney |
| ) | |
| RICHARD M. ROSENBAUM,      ) | |
| ) | |
| Defendant.      ) | |
| _____) | |

## SUPPLEMENT TO REPORT AND RECOMMENDATION REGARDING PLEA

At the plea proceedings conducted on October 17, 2007, defendant also entered a plea of guilty to the forfeiture count (count 3) of the Superseding Felony Information and consented to forfeit all interest in the property listed therein. I therefore recommend that an order of forfeiture issue on count 3.

DONE AND ORDERED this 18th day of October, 2007.

/s/  Joseph G. Scoville
United States Magistrate Judge