UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                          Case No. 1:07-cr-36

v.

                                          HONORABLE PAUL L. MALONEY

RICHARD M. ROSENBAUM,

        Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

       The Court has reviewed the Report and Recommendation, and the Supplement, filed by United States Magistrate Judge Joseph G. Scoville in this action.  Both the Report and Recommendation and Supplement were duly served on the parties, and no objections have been made thereto within the time required by law.

       THEREFORE, IT IS ORDERED that:

       1.     The Report and Recommendation and Supplement of the Magistrate Judge (Dkts. #37 and #43) are approved and adopted as the opinion of the Court.

       2.     Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in Count One, Two, and Three of the Superseding Felony Information.

       3.     The written plea agreement is hereby continued under advisement pending sentencing.

Date: November 20, 2007                    /s/ Paul L. Maloney
                                                 Paul L. Maloney
                                                 United States District Judge